# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No: 24-mc-35-TSM |

**FILED UNDER SEAL**

## ORDER

The United States of America, having applied to this Court for an Order to produce to defense counsel the sealed docket entries in this matter, including the search warrant application, proposed orders, the motion to seal, and any resulting orders, including this Order, and the Court finding good cause:

IT IS HEREBY ORDERED that the docket entries shall be unsealed for the purpose of producing to defense counsel.

DONE AND ORDERED in chambers at Concord, New Hampshire this 30th day of July 2025.

_____
HONORABLE TALESHA L. SAINT-MARC
UNITED STATES MAGISTRATE JUDGE

cc: Danielle H. Sakowski, DOJ Trial Attorney
cc: Thomas D. Campbell, DOJ Trial Attorney